UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

OCT 1 8 2007

MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No. H-07- |
| | § | |
| HEATHER LOTT | § | |
| | § | H 07 430 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Embezzlement of Union Funds – 29 U.S.C. § 501(c))

From on or about January 9, 2003 to on or about January 4, 2006, in the Houston Division of the Southern District of Texas, the defendant,

**HEATHER LOTT,**

while an employee of Local 19 of the International Brotherhood of Teamsters, a labor organization engaged in interstate commerce, did embezzle, steal and unlawfully and

wilfully abstract and convert to her own use funds of Local 19 in the approximate amount of $140,000.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL;

**Original Signature on File**

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

BY: *[signature]*
Gregg Costa
Assistant United States Attorney